IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DEMARIO DONTEZ WALKER     PLAINTIFF

v.     No. 4:18CV48-GHD-DAS

MARSHALL TURNER, ET AL.     DEFENDANTS

## ORDER DISMISSING PENDING MOTIONS [105], [109], [112], [113] AS MOOT

This matter comes before the court on various motions [105], [109], [112], [113] in this case filed after its dismissal as vexatious. As the instant case has been dismissed, the instant motions [105], [109], [112], [113] are **DISMISSED** as moot.

**SO ORDERED**, this, the 1st day of May, 2019.

_____
**SENIOR JUDGE**